```
                UNITED STATES DISTRICT COURT
                         FOR THE
                   DISTRICT OF VERMONT
```

United States of America          :
                                  :
                                  :
                                  :
         v.                       :   Docket No. 2:09-CR-90-2
                                  :
William Murray                    :
                                  :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 20, 2017. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Murray's Motion for Joinder (Doc. 762) and Motion to Strike Affidavit of Attorney Behrens (Doc. 777) are DENIED. In addition, Murray's Motion to Vacate (Doc. 726) is DENIED.

A certificate of appealability under 28 U.S.C. §2253 (c) and Fed. R. App. P. 22(b) is DENIED because Murray has failed to make a substantial showing of denial of a federal right, and because his grounds for relief do not present issues that are debatable amoung jurists of reason, which could have been resolved differently, or which deserve further proceedings. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 16th day of May, 2017.

<u>/s/ William K. Sessions III</u>  
William K. Sessions III  
U.S. District Court Judge